```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:11-CR-504 WBS |
| | ) | |
| v. | ) | APPLICATION FOR UNSEALING |
| | ) | INDICTMENT |
| JEWEL L. HINKLES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On December 1, 2011, the indictment was filed in the above-referenced case. Since one of the defendants has now been arrested, it is no longer necessary for the case to be sealed. The government respectfully requests that this case be unsealed.

DATED: December 2, 2011                  Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By:/s/ Dominique N. Thomas
                                            DOMINIQUE N. THOMAS
                                            Assistant U.S. Attorney

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DOMINIQUE N. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )
                               )
12         Plaintiff,          )   2:11-CR-504 WBS
                               )
13    v.                       )   ORDER UNSEALING
                               )   INDICTMENT
14 JEWEL L. HINKLES, et al.    )
                               )
15         Defendants.         )
   _____)
16
17     The government's application to unseal this case is granted.
18 SO ORDERED:
19 DATED: December 2, 2011
20                              /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28
```