JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
CYNTHIA CORN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-504 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER] CONTINUING STATUS CONFERENCE |
| v. | |
| JEWEL L. HINKLES, et al., | Date: June 25, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |
| Defendants. | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Dominique N. Thomas, Assistant United States Attorney, together with counsel for defendant Cynthia Corn, John R. Manning, Esq., counsel for defendant Jewel Hinkles, Jerome Kaplan, Esq., counsel for defendant Bernadette Guidry, Michael L. Chastaine, Esq., counsel for defendant Jesse Wheeler, Thomas A. Johnson, Esq., and counsel for defendant Brent Medearis, Kirk McAllister, Esq., that the status conference presently set for April 16, 2012 be **continued to June 25, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

    Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for

effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 25, 2012.

IT IS SO STIPULATED.

Dated: April 11, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Cynthia Corn

Dated: April 11, 2012 /s/ Jerome Kaplan
JEROME KAPLAN
Attorney for Defendant
Jewel Hinkles

Dated: April 11, 2012 /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Bernadette Guidry

Dated: April 11, 2012 /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
Jesse Wheeler

Dated: April 11, 2012 /s/ Kirk McAllister
KIRK MCALLISTER
Attorney for Defendant
Brent Medearis

Dated: April 12, 2012 Benjamin B. Wagner
United States Attorney

by: /s/ Dominique N. Thomas
DOMINIQUE N. THOMAS
Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the

failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 12, 2012, to and including June 25, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the April 16, 2012, status conference shall be continued until June 25, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated: April 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE