IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: 11-cr-504-WBS |
| Plaintiff, | **ORDER** |
| v. | |
| JEWEL HINKLES, a.k.a. CYDNEY SANCHEZ | |
| Defendant. | |

Having reviewed the parties' Stipulation to Release Surety, and good cause appearing,

IT IS ORDERED:

The $150,000.00 collateral bond secured by the real property located at 2231-2233 S. Bronson Avenue, Los Angeles, California 90018, by Jarrell D. Davis, in the Central District, Case No. 2:11-mj-2866, is released.

Dated: May 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**ORDER [PROPOSED]**