| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R. STEVEN LAPHAM<br>LEE S. BICKLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-Cr.-0504 WBS |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO BERNDATTE GUIDRY |
| v. | |
| JEWEL HINKLES, et al., | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves this court for an order dismissing the indictment as to Bernadette Guidry only.

DATED: July 22, 2013

                              BENJAMIN B. WAGNER<br>
                              United States Attorney

                              /s/ Lee S. Bickley<br>
                              LEE S. BICKLEY<br>
                              Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEWEL HINKLES, et al.,<br><br>Defendants. | CASE NO. 2:11-Cr.-0504 WBS<br><br>ORDER DISMISSING INDICTMENT AS TO BERNADETTE GUIDRY ONLY |

Based on the government's motion to dismiss the indictment against Bernadette Guidry,

IT IS HEREBY ORDERED that the above-captioned Indictment be and hereby is dismissed as to Bernadette Guidry only.

Dated: July 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2